UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

Psimyen Morgan,

              Plaintiff,                       **ORDER TO PRODUCE**

-against-                                24 Civ. 5833 (JCM)

City of Middletown, *et al*,

              Defendants.

------------------------------------------------------------------------X

       This Court having previously directed the Plaintiff to submit to an Independent Medical Examination to be performed by a physician retained by Defendants, and the Court now having been informed that Plaintiff is incarcerated in the Orange County Jail, it is therefore,

       ORDERED, that the Orange County Jail produce Plaintiff Psimyen Morgan on February 25, 2026 at 10:00 a.m. at the office of Defendants' counsel, Alex Smith, Esq., located at 6 North Street, Middletown, New York, at which time Dr. Ronald Israelski will perform an Independent Medical Examination of Plaintiff, which examination is expected to last from 1.5 to 2 hours.

       Dated: December 27, 2025

E N T E R:

_____
HON. JUDITH C. McCARTHY
United States Magistrate Judge
United States District Court for the
            Southern District of New York