UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

Psimyen Morgan,

                   Plaintiff,

    -against-

City of Middletown, *et al,*

                   Defendants.

------------------------------------------------------------------------X

**ORDER TO PRODUCE**

24 Civ. 5833 (JCM)

This Court having previously directed the Plaintiff to submit to a second Independent Medical Examination to be performed by a physician retained by Defendants, and the Court now having been informed that Plaintiff continues to be incarcerated in the Orange County Jail, it is therefore,

ORDERED, that the Orange County Jail produce Plaintiff Psimyen Morgan on July 10, 2026 at 2:00 p.m. at the office of Defendants' medical expert, Dr. Harvey Siegel, located at 164 Willow Avenue, Cornwall, New York 12518, at which time Dr. Siegel will perform an Independent Medical Examination of Plaintiff, which examination is expected to last from 1 to 2 hours.

    Dated: May 27, 2026

E N T E R :

                                  *Judith C. McCarthy*
                                  HON. JUDITH C. McCARTHY
                                  United States Magistrate Judge
                                  United States District Court for the
                                        Southern District of New York